UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-81171-CIV-ZLOCH

DEBORAH ESTRADA,

      Plaintiff,

vs.                                 **O R D E R**

PALM BEACH METRO TRANSPORTATION,
LLC, and YELLOW CAB SERVICE
CORPORATION OF FLORIDA, INC.,

      Defendants.
_____/

      THIS MATTER is before the Court upon Defendants' Motion To Compel Plaintiff To Provide Executed Interrogatory Answers (DE 19). The Court has carefully reviewed said Motion and the entire court file and is otherwise fully advised in the premises.

      Defendants filed the instant Motion (DE 19) to compel the verification of Plaintiff's Responses to their First Set of Interrogatories. Plaintiff previously served Responses to the Interrogatories upon Defendants' counsel; however, they were not signed, under oath by Plaintiff. Federal Rule of Civil Procedure 33 clearly states that Interrogatory Responses must be answered "under oath." Fed. R. Civ. P. 33(b)(3). In addition, Plaintiff's objections were filed after 30 days of service; therefore, pursuant to Rule 33(b)(4), her objections are deemed waived.

      As a separate matter, the Court draws the Parties' attention to Federal Rule of Civil Procedure 5.2, which states, in pertinent

part, that party or non-party filings may only include: "(1) the last four digits of the social-security number and taxpayer identification number; (2) the year of the individual's birth; (3) the minor's initials; and (4) the last four digits of the financial-account number." Fed. R. Civ. P. 5.2. Therefore, within ten (10) days of the date of this Order the Parties to this action are directed to conform their pleadings, including DE 19, Ex. B, to Rule 5.2 by following the procedure prescribed by the United States District Court for the Southern District of Florida Case Management Electronic Filing § 6.

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. Defendants' Motion To Compel Plaintiff To Provide Executed Interrogatory Answers (DE 19) be and the same is hereby **GRANTED**;

2. On or before <u>noon</u> <u>Thursday, May 15, 2008</u>, Plaintiff Deborah Estrada shall serve upon Defendants' Counsel verified Responses to Defendants' First Set of Interrogatories, which were propounded on or about February 20, 2008;

3. Pursuant to Federal Rule of Civil Procedure 37, on or before <u>noon</u> <u>Thursday, May 15, 2008</u>, Plaintiff Deborah Estrada shall file a Memorandum showing good cause for her failure to comply with Rule 33(b)(3) and why the Court should not award Defendants their attorney's fees for filing the instant Motion (DE 19);

4. Pursuant to Federal Rule of Civil Procedure 37, on or before noon Thursday, May 15, 2008, Defendants shall file a Memorandum together with Affidavits and Exhibits establishing for the Court the attorney's fees and costs incurred in preparation and execution of the instant Motion To Compel (DE 19);

5. Pursuant to Federal Rule of Civil Procedure 33(b)(4) any and all of Plaintiff's objections to Defendants' First Set of Interrogatories, which were propounded on or about February 20, 2008, are deemed waived; and

6. Within ten (10) days of the date of this Order, the Parties to the instant action shall conform their pleadings to the dictates of Federal Rule of Civil Procedure 5.2 by following the procedures prescribed by the United States District Court for the Southern District of Florida Case Management Electronic Filing § 6.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ___7th___ day of May, 2008.

WILLIAM J. ZLOCH
United States District Judge

Copies furnished:

All Counsel of Record