```
                  UNITED STATES DISTRICT COURT
                  SOUTHERN DISTRICT OF FLORIDA

                  CASE NO. 07-81171-CIV-ZLOCH

DEBORAH ESTRADA,

        Plaintiff,

vs.                                              O R D E R

PALM BEACH METRO TRANSPORTATION,
LLC, et al.,

        Defendants.
                                    /
```

THIS MATTER is before the Court upon Defendants' Memorandum of Law In Support Of Award Of Attorney's Fees (DE 30), which the Court construes as a Motion For Attorney's Fees. The Court has carefully reviewed said Motion and the entire court file and is otherwise fully advised in the premises.

By prior Order (DE 24), the Court granted Defendants' Motion To Compel (DE 19) and ordered the Parties to submit Memoranda addressing the issue of attorney's fees under Rule 37. In Plaintiff's Memorandum (DE 29), she argues that Defendants' counsel failed to confer before filing its Motion To Compel, and, therefore, they are not entitled to an award of fees. S.D. Fla. L.R. 7.1.A.3.

In Defendants' Memorandum, he fails to fully comply with Local Rule 7.3(B) and its dictates as to the seven areas any motion for attorney's must address. Therefore, the Court shall deny the instant motion with leave to refile in conformity with all of the provisions of Local Rule 7.3(B). In any subsequent motion for

attorney's fees Defendants shall also address Plaintiff's argument that he failed to comply with Local Rule 7.1.A.3 before filing Defendants' Motion To Compel (DE 19).

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. Defendants' Memorandum of Law In Support Of Award Of Attorney's Fees (DE 30), which the Court construes as a Motion For Attorney's Fees be and the same is hereby **DENIED**, without prejudice and with leave to refile; and

2. By noon Thursday, May 22, 2008, Defendant shall file a Motion For Attorney's Fees that comports with the terms and conditions of this Order and Local Rule 7.3(B).

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this    19th    day of May, 2008.

WILLIAM J. ZLOCH
United States District Judge

Copies furnished:

All Counsel of Record

2